# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DELORES A. SWAN  
2120 EXETER AVENUE  
LOVES PARK, IL 61111  

SSN-xxx-xx-9942

Case Number: 06-72130

Case filed on: 11/14/2006  
Plan Confirmed on: 4/20/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,629.21       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 1,121.12 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 1,121.12 | 0.00 |
| 002 | NCB MANAGEMENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MORTGAGE ELECTRONIC REGISTRATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DELORES A. SWAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CITIMORTGAGE INC | 6,999.33 | 6,999.00 | 353.88 | 0.00 |
| 004 | HSBC MORTGAGE SERVICES | 204.89 | 204.89 | 0.00 | 0.00 |
| 006 | UNITED CONSUMER FINANCIAL SERVICES | 200.00 | 200.00 | 40.36 | 13.64 |
| 023 | PINNACLE SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 7,404.22 | 7,403.89 | 394.24 | 13.64 |
| 001 | ECAST SETTLEMENT CORPORATION | 2,015.34 | 2,015.34 | 0.00 | 0.00 |
| 006 | UNITED CONSUMER FINANCIAL SERVICES | 1,384.40 | 1,384.40 | 0.00 | 0.00 |
| 007 | BENJAMIN BALTASAR, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITIFINANCIAL | 5,688.80 | 5,688.80 | 0.00 | 0.00 |
| 011 | EMERGENCY CARE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PREMIER BANKCARD/CHARTER | 406.99 | 406.99 | 0.00 | 0.00 |
| 013 | GMAC | 7,999.27 | 7,999.27 | 0.00 | 0.00 |
| 014 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | OST ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PROVENA / ST. JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PULMONARY CRITICAL CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | REVENUE CYCLE PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROUNDUP FUNDING LLC | 273.71 | 273.71 | 0.00 | 0.00 |
| 020 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ASSET ACCEPTANCE CORP | 103.69 | 103.69 | 0.00 | 0.00 |
| 025 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 17,872.20 | 17,872.20 | 0.00 | 0.00 |
|  | Grand Total: | 27,976.42 | 27,976.09 | 1,515.36 | 13.64 |

Total Paid Claimant: $1,529.00  
Trustee Allowance: $100.21  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 04/18/2008       By  /s/Heather M. Fagan